**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

CLAUDIA MIYARES GARCIA,

     Plaintiff,

v.

CONTINENTAL FLOWERS, INC.,
A Florida Profit Corporation, and
GUILLERMO A. FERNANDEZ,
Individually,

     Defendants.

_____/

**DEFENDANTS' NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants CONTINENTAL FLOWERS, INC., and GUILLERMO A. FERNANDEZ, ("Defendants"), by and through their undersigned counsel, hereby gives notice that the civil action identified as *CLAUDIA MIYARES GARCIA V. CONTINENTAL FLOWERS, INC., AND GUILLERMO A. FERNANDEZ*, Case No.: 2020-005765-CA-01, currently pending in state court in the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida ("Eleventh Judicial Circuit"), is removed to this Court without waiving any rights to which Defendants may be entitled, and state:

**I.**     **REMOVAL IS TIMELY**

On or about March 11, 2020, Plaintiff commenced this action against Defendants in the Eleventh Judicial Circuit. On April 1, 2020, Defendants received service of a copy of the initial pleading setting forth the claim for relief upon which this action is based. *See* Summons, attached hereto as Exhibit "A."

1

Pursuant to 28 U.S.C. §1446(b)(2)(B), this Notice of Removal is timely because it is filed within thirty (30) days after Defendants received a copy of the initial pleading setting forth the claim for relief upon which the above-captioned cause is based.

## II.    REMOVAL BASED ON FEDERAL QUESTION JURISDICTION IS PROPER

Pursuant to 28 U.S.C. §1331, this is a civil action brought in a state court of which the district courts of the United States have original jurisdiction because Plaintiff has alleged violations of federal law in her Complaint. *See* Plaintiff's Complaint, attached hereto as Exhibit "B." Plaintiff has pled that Defendants failed to pay her wages under the Fair Labor Standards Act, 29 U.S.C § 201 *et seq.* ("FLSA"). Accordingly, removal of this action is proper under 28 U.S.C. §1441 because the civil action arises under the laws of the United States.

## III.    REMOVAL TO THE SOUTHERN DISTRICT OF FLORIDA IS PROPER

Pursuant to 28 U.S.C. §1446(a), the United Stated District Court for the Southern District of Florida, Miami Division ("Southern District of Florida"), is the judicial district and division embracing the Eleventh Judicial Circuit, where this case was brought and is pending. Because the conduct alleged in the Complaint related to Plaintiff's alleged employment with Defendants in Miami-Dade County, and Plaintiff filed her Complaint in the Eleventh Judicial Circuit in and for Miami-Dade County, the Southern District of Florida is the proper district court and division to which this case must be removed.

## IV.    ALL REQUIREMENTS NECESSARY FOR REMOVAL HAVE BEEN MET

Pursuant to 28 U.S.C. §1446(a), a copy of all state court filings, process, pleadings, and orders that have to date been served upon Defendants are attached hereto as Exhibit "C."

There are no motions currently pending in this action in the Eleventh Judicial Circuit. Accordingly, there are no pending motions or documents being filed along with this Notice of Removal, as would otherwise be required.

2

Pursuant to 28 U.S.C. §1446(d), promptly after the filing and service of this Notice of Removal, Defendant's Notice to Plaintiff of Removal will be served upon the following counsel for Plaintiff via email:  Jason S. Remer, Esq., 44 West Flagler Street, Suite 2200, Miami, FL 33130, jremer@rgpattorneys.com.

Further, pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal, along with Defendant's Notice to Plaintiff of Removal, will be filed with the Clerk of the Court for the Eleventh Judicial Circuit. A copy of the Notice of Removed Action filed in State Court is attached hereto as Exhibit "D".

WHEREFORE, Defendants respectfully give notice of the removal of this action currently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division. Dated: April 21, 2020.

Respectfully submitted,

**FORDHARRISON LLP**

*/s/  Rodolfo Gomez*
Rodolfo Gomez
Florida Bar No. 820903
Fabian A. Ruiz
Florida Bar No. 117928
FordHarrison LLP
One S.E. 3rd Avenue, Suite 2130
Miami, FL  33131
Telephone: (305) 808-2100
Facsimile: (305) 808-2101
E-mail: rgomez@fordharrison.com
Email: fruiz@fordharrison.com
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I **HEREBY CERTIFY** that on April 21, 2020, I electronically filed the foregoing document with the Clerk for the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## <u>SERVICE LIST</u>

Jason S. Remer, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile:  (305) 416-5005
jremer@rgpattorneys.com
Fla. Bar No. 0165580
Attorneys for Plaintiff

**FORDHARRISON LLP**

*/s/ Rodolfo Gomez*
Rodolfo Gomez

WSACTIVELLP:11439800.1

4