# EXHIBIT A

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

**CLAUDIA MIYARES GARCIA**

    **Plaintiff,**

v.       CASE No.: 2020-005705-CA-01

**CONTINENTAL FLOWERS, INC,**
A Florida Profit Corporation, and
**GUILLERMO A. FERNANDEZ,** individually,

    **Defendants.**

_____/

Job # _____
Date: _____ Time: _____
Initials: _____ I.D. # _____
Military: Y/N  Married: Y/N

4/1/20  10:50AM
DA #1556

**SUMMONS IN A CIVIL CASE**

TO: **CONTINENTAL FLOWERS, INC.** through its Registered Agent:

Guillermo A. Fernandez
8101 NW 21st Street
Miami, Florida 33122

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

JASON S. REMER, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET
SUITE 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                   DATE     3/17/2020

(BY) DEPUTY CLERK

10